**FILED**
**CLERK**

7/15/2022

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: JAMES M. WICKS, U.S. MAGISTRATE JUDGE

DATE: 7/15/2022
TIME: 1:15 PM
☐ **SEALED PROCEEDING**

## CIVIL CAUSE FOR SETTLEMENT CONFERENCE (Tel.)
**CASE:** 2:16-cv-06099-JMW, Coleman v. County of Nassau et al

APPEARANCES:

For Plaintiff:   Brett H. Klein

For Defendant:  Ralph Reissman

Court Reporter/FTR: Not record.

**THE FOLLOWING RULINGS WERE MADE:**

☒        Case settled.

☒ Stipulation of Dismissal to be filed on or before 10/3/2022.

SO ORDERED
 /s/James M. Wicks
JAMES M. WICKS
United States Magistrate Judge